**Steven Allen BYRD, Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Mildred Rivera, Warden; Zoltan R. Vendel, Dr., Clinical Director; Anita Jones, Camp Administrator, Defendants—Appellees.**

No. 09–7878.

United States Court of Appeals, Fourth Circuit.

Submitted: May 17, 2010.

Decided: June 3, 2010.

Steven Allen Byrd, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Byrd appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants summary judgment on Byrd's claims, which the magistrate judge construed as being filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byrd v. Fed. Bureau of Prisons,* No. 2:08–cv–03540–TLW, 2009 WL 3157325 (D.S.C. Sept. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*